...urt of Criminal Appeals of Texas, On 1-13-2015 A.D. an offical notice from Court of Criminal appeals -Texas offical Business State of Texas penalty for private Use (back-dating Violation) came to me at HSE #112 dated 1-7-2015 (back-dating Violation) stating "Tilley, Keanon Tr. Ct. No. 17055A WR-82,028-01 The court has dismissed your application for Writ of habeas corpus without Written Order for non-compliance with Texas Rules of Appellate Procedure 73.1. Specifically, the applicant has improperly modified the prescribed form. Multiple grounds are raised on a single page. signed Abel Acosta, Clerk; sent to Keanon Tilley Clements Unit - TDC # 1542552 9601 Spur 591 Amarillo, Tx, 79107-9606; PreSorted First Class United States Postage $00.26¢ dated January 08, 2015 (back-dating Violation mailed from Zip code 78701. Nevertheless my entire appeal is about (BDV) Back-dating Violation, "Dates without (AD) After Death Era abbreviation, and (AD) After Death Era abbreviation evidence proving the Era. As stated in the appeal the "Periodic Table is in Back-Dating Violation resulting in a Penal-code 37.10 falsified government records, and false entry dates, Which mean the Offical notice from the Court of Criminal Appeals of Texas P.O. Box 12308, Capitol Station, Austin Texas 78711 is without element, causing the government record to be unoffical, and misclassified

Furthermore the Texas Rules of Appellate Procedure 73.1 states " an application may be dismissed unless the convicting Court for good cause, grants leave to exceed the prescribed limits." Moreover, this is a request that leave be granted for the cause of The State of Texas, Texas Department of Criminal violating my rights to indigent Supplies, and Stationary items. which caused me to lack the proper amount of carbon paper for the Texas Rules of Appellate Procedure 73.1 guidelines on grounds per page. The Texas Department failed to send m. indigent supplies, and failed to remove illegal indigent fee from my (ITF) Inmate Trust Fund account... Furthermore I Sent a I-60 to the mailroom on 12-3-2014 A.D. stating" Sent my (Indigent Supply Envelope) ISE to the mailroom for Supplies (25) sheets of paper, (5) envelopes, and (1) ink pen, and on 12-2-2014 A.D. no (ISE) returned to me on 12-2-20... " Need (ISE), and Supplies " Disposition: 12-2-14 (back-dating

RECEIVED IN COURT OF CRIMINAL APPEALS DEC 29 2015 Abel Acosta, Clerk

violation) was tuesday - Your supply day is Wednesday. So it won't come back Tuesday. I sent the mailroom another I-60, and corrected the descrepency date stating "I sent my (ISE) to the mailroom for supplies (25) sheets of paper, (5) envelopes, (1) ink pen on 12-2-2014 A.D., and no (ISE) returned to me on 12-3-2014 A.D." Need (ISE), and Supplies I've been waiting a whole week." Disposition: Tuesday is not your supply day. It won't comeback Tuesday.

Furthermore I stated "12-3-2014 A.D. in which is a Wednesday not a tuesday, but they stated the same disposition as though I didn't correct the descrepency. This I-60 was sent on 12-9-2014 A.D.. Moreover Indigent Supply Policy State "We suggest you put your (ISE) in the mail box the evening before your supply day Ref. A.D. 14.09. Therefore that is what I stated, that I did, placed the (ISE) in the mailbox on 12-2-2014 A.D. tuesday evening, and it didn't come-back on 12-3-2014 A.D. Wednesday, and they still didn't send my supplies. ~~So I couldn't send my third, and final I~~ I then sent the law library a I-60 dated 12-31-2014 A.D. stating " I sent my (ISE) off at the first building supply day, and It never cameback. I need a (ISE), and supplies so I can send off my letters," (25) sheets of paper, (5) envelopes, and and (1) ink pen, This I-60 was dated 12-24-2014 A.D.. moreover the disposition stated "Your supply day is Wednesday I'll check on it. Meanwhile 12-24-2014 A.D. was a Wednesday, and then still didn't send me my supplies, and (ISE). Therefore I sent another I-60 to the Law Library stating "I sent out my (ISE) on the building supply day at the first of this month, and it never returned with supplies. I need a (ISE), and supplies " (25) sheet's of paper ) (5) envelopes, (1) ink pen." I sent (4) I-60's to the Law Library, and mailroom, Moreover this I-60 was dated 12-31-2014 A.D. on a Wednesday past christmas. Disposition Use commitment name and sign request. This disposition is because I signed ~~Keanon Antwon~~ Tilley. I sent the Law Library another I-60 dated 1-7-2015 A.D. on a Wednesday, stating " Need a (ISE), and supplies. Disposition: List specific items, and Amounts. I then sent the Law Library another

...iolation) was tuesday - Your supply day is Wednesday. So it won't come back Tuesday. I sent the mailroom another I-60, and corrected the descrepency date stating "I sent my (ISE) to the mailroom for supplies (25) sheets of paper, (5) envelopes, (1) ink pen on 12-2-2014 A.D., and no (ISE) returned to me on 12-3-2014 A.D." Need (ISE), and Supplies I've been waiting a whole week." Disposition: Tuesday is not your supply day. It won't comeback Tuesday. Furthermore I stated "12-3-2014 A.D. in which is a Wednesday not a tuesday, but they stated the same disposition as though I didn't correct the descrepency. This I-60 was sent on 12-9-2014 A.D.: Moreover Indigent Supply Policy state "We suggest you put your (ISE) in the mail box the evening before your supply day Ref. A.D. 14.09. Therefore that is what I stated, that I did, placed the (ISE) in the mailbox on 12-2-2014 A.D. tuesday evening, and it didn't come back on 12-3-2014 A.D. Wednesday, and they still didn't send my supplies. So I couldn't send my third, and final I then sent the law library a I-60 dated 12-31-2014 A.D. stating "I sent my (ISE) off at the first building supply day, and It never cameback. I need a (ISE), and supplies so I can send off my letters," (25) sheets of paper, (5) envelopes, and and (1) ink pen, This I-60 was dated 12-24-2014 A.D., moreover the disposition stated "Your supply day is Wednesday I'll check on it. Meanwhile 12-24-2014 A.D. was a Wednesday, and then still didn't send me my supplies, and (ISE). Therefore I sent another I-60 to the Law Library stating "I sent out my (ISE) on the building supply day it the first of this month, and it never returned with supplies. I need a (ISE), and supplies" (25) sheets of paper (5) envelopes, (1) ink pen." I sent (4) I-60's to the Law library, and mailroom. Moreover this I-60 was dated 12-31-2014 A.D. on a Wednesday past christmas. Disposition Use commitment name and sign request. This disposition is because I signed Keanon Antwon Tilley. I sent the Law library another I-60 dated 1-7-2015 A.D. on a Wednesday, stating "Need a (ISE), and supplies. Disposition: List specific items, and amounts. I then sent the Law Library another

I-60 on 1-8-2015 A.D. stating "what do policy state concerning the amount of indigent supplies we recieve per month? Disposition: A.D.14.09. ~~I then sent a I-60 to the Law Library stating "Need the address~~ This thesis show's how I was being deprived of my indigent supplies, and prior to September 17th 2014 A.D. I could not purchase my own stationary because the State of Texas was stating that I owed the 677.79¢ otherhold amount (ITF) Inmat Trust Fund account, when I already paid the State of Texas a total of $1,400.00¢ for court fees, and owed no more. They stated that they would review my account, but they still have not released my account, moreover prior to September 17th, 2014 A.D. they failed to properly issue me my indigent supplies stating that I owed a indigent fee of $71.64¢ owed, when I was indigent from 9-1-2012 A.D., or, so, till 9-30-15 (back-dating Violation). From about 6-16-2014 A.D. through 12-16-2015 A.D. they fail to give me my indigent supplies because of the $71.64¢ illegal indigent fees that was illegally placed on my (ITF) account, so I could not write eairly to ~~ab~~ address the justification for multiple grounds on a single page. I repeat the filing of multiple grounds on a single page was justified within the scope of the Texas Rules of Appellete Procedure 73.1.

P.S. My plan was to send off my justification since I recieved the notice, but as stated there has been civil rights violations, and I have only recieved two indigent supplies since about 6-16-2015 A.D.. Both time the justification was priority, but I thought the Law Library would send my (ISE) back therefore I couldn't risk a third time no justification, because maybe they wouldn't return my (ISE), so I sent the justification (ASAP). I hope this resolve the issue with the grounds, and we can move forward, so maybe I can go home, and finish raising my three children due to my innocense, and appeal.

Thanks,

Jesus Christ the

Keanon Antwon Tilley